Ally
P O Box 660109
Dallas TX 75266

Alsco Uniforms
2612 Western Avenue
Knoxville TN 37921

American Express
P O Box 6031
Carol Stream IL 60197

BancCard
9520 Ormsby Station Rd.
Louisville KY 40223

Bank of America
P O Box 45224
Jacksonville FL 32232

Cherokee Distributing Co.
1001 Eastern Star Rd.
Kingsport TN 37663

Elvaon - Banc Card of America
7300 Chapman Hwy.
Knoxville TN 37920

Kapitus Strategic Funding
2500 Wilson Blvd., Ste. 350
Arlington VA 22201

Kingsport Economic Development Board
400 Clinchfield Street, Ste. 100
Kingsport TN 37660

Kingsport Mall, LLC
1190 Interstate Parkway
Augusta GA 30909

Kingsport Mall, LLC
c/o Steven C. Huret, Esq.
313 Princeton Rd., Ste. 6
Johnson City VA 37601

Performance Food Services
P O Box 60163
Charlotte NC 28260

Shell - Wex Bank

P O Box 6293
Carol Stream IL 60197

Sonitrol of the Tri-Cities, Inc.
132 Commerce Street
Kingsport TN 37660

Tennessee Department of Revenue
c/o Tennessee Attorney General's Office
Bankruptcy Division
P O Box 20207
Nashville TN 37202-0207

I declare under penalty of perjury that the foregoing Matrix is true and correct

Alicia Monno, Member of
Italian Villiage, LLC
(Signature of Debtor)

Vincenzo Monno, Member of
Italian Villiage, LLC
(Signature of Debtor)